# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00381-CV

### In the Matter of K.G.

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 185,847-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

Michael F. White, counsel for appellant, K.G., a juvenile, filed an agreed motion to dismiss appeal, informing this Court that K.G. no longer desires to pursue this appeal and the State is unopposed to the dismissal of the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

File: February 7, 2002

Do Not Publish